United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN K BOWERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03190 |
| | § | |
| LINCOLN PROPERTY COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case, the defendants, Lincoln Property Company, KO South Congress Owner (DE) LLC, and Kairoi Management, LLC, motion for summary judgment is GRANTED. The plaintiff Brian K Bowers shall take nothing by its lawsuit.

This is a **FINAL JUDGMENT**.

SIGNED on March 26, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1